UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-6485

JUANICE GAINES,

        Petitioner - Appellant,

    v.

WARDEN OF FCI EDGEFIELD,

        Respondent - Appellee,

    and

UNITED STATES OF AMERICA,

        Respondent.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  David C. Norton, District Judge. (5:13-cv-02678-DCN)

Submitted:  June 19, 2014        Decided:  June 23, 2014

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Juanice Gaines, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Juanice Gaines, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. <u>Gaines v. Warden of FCI Edgefield</u>, No. 5:13-cv-02678-DCN (D.S.C. Mar. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>